■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD M. EASON, Appellant. [652 NYS2d 568] —Judgment unanimously affirmed. Memorandum: The contention of defendant that his sentence is unduly harsh or severe does not survive the voluntary, knowing and intelligent waiver of his right to appeal (see, People v McCall, 231 AD2d 859). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Promoting Prostitution, 3rd Degree.) Present—Denman, P. J., Green, Fallon, Doerr and Balio, JJ.

■ In the Matter of TIMOTHY FREE, Petitioner, v PHILIP COOMBE, JR., as Acting Commissioner of New York State Department of Correctional Services, et al., Respondents. [652 NYS2d 190] —Proceeding unanimously dismissed without costs. Memorandum: Petitioner commenced this proceeding seeking to annul a determination that he violated certain inmate disciplinary rules. After Supreme Court transferred the proceeding to this Court pursuant to CPLR 7804 (g), respondent issued an administrative order reversing the determination and directing that all references to the disciplinary proceeding be expunged. Because petitioner has obtained the relief he seeks in this proceeding, the proceeding is dismissed as moot. (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Oneida County, Murad, J.) Present—Denman, P. J., Green, Fallon, Doerr and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JELV GASTON, Appellant. [652 NYS2d 569] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Burglary, 2nd Degree.) Present—Denman, P. J., Green, Fallon, Doerr and Balio, JJ.